UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SAM MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-CV-256-HSM-HBG |
| | ) | |
| PHILLIPS & JORDAN, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion for Leave to Amend the Complaint to Assert Title VII Claims, and Motion for Leave to File an Amended and Restated Complaint to Reflect Said Amendment [Doc. 15] and Plaintiff's Amended and Uncontested Motion for Leave to Amend the Complaint to Assert Title VII Claims, and Amended Motion for Leave to File an Amended and Restated Complaint to Reflect Said Amendment [Doc. 16]. With respect to the latter Motion, Plaintiff states that he has now received his Right to Sue Notice from the EEOC and that he wishes to amend the Complaint to include his Title VII claims. Plaintiff represents to the Court that his Motion is uncontested. Finally, Plaintiff has attached his Amended and Restated Complaint as an exhibit [Doc. 16-1] to his Motion in accordance with Local Rule 15.1.

The Court finds that Plaintiff's Motion is supported by good cause, *see* Fed. R. Civ. P. 15, and it complies with the Rules of this Court, *see* E.D. Tenn. L.R. 15.1. In addition, Defendant does not oppose the Motion, and the Motion is timely under the Scheduling Order in this case. *See* [Doc. 14 at 2] ("If any party wishes to join one or more additional parties or amend its pleadings,

such joinder or amendment shall be made by April 1, 2019."). Accordingly, Plaintiff's Motion for Leave to Amend the Complaint to Assert Title VII Claims, and Motion for Leave to File an Amended and Restated Complaint to Reflect Said Amendment [**Doc. 15**] is **DENIED AS MOOT** and Plaintiff's Amended and Uncontested Motion for Leave to Amend the Complaint to Assert Title VII Claims, and Amended Motion for Leave to File an Amended and Restated Complaint to Reflect Said Amendment [**Doc. 16**] is **GRANTED**. Plaintiff **SHALL FILE** his Amended and Restated Complaint [Doc. 16-1] as his operative pleading in CM/ECF on or before **October 29, 2018.**

      **IT IS SO ORDERED**.

                        ENTER:

                        *[signature]*
                        United States Magistrate Judge